No. 26-2695

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois,<br><br>Defendant-Appellee,<br><br>and<br><br>COMMON CAUSE, BRIAN BEALS, ILLINOIS ALLIANCE FOR RETIRED AMERICANS, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, PABLO MENDOZA, ALEJANDRA L. IBANEZ, ILLINOIS AFL-CIO, ILLINOIS FEDERATION OF TEACHERS,<br><br>Intervening Defendants-Appellees. | ) | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 3:25-cv-03398-CRL-DJQ<br><br>The Honorable COLLEEN R. LAWLESS, District Judge. |

**DEFENDANT-APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS**

Defendant-Appellee Bernadette Matthews in her official capacity as Executive Director of the Illinois State Board of Elections moves this court unopposed for a 30-day extension of time from November 30, 2026, to and including December 30, 2026,

to file all appellees' briefs in this appeal, and submits the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: <u>/s/ Samantha Sherman</u>
SAMANTHA SHERMAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1273 (office)
(773) 590-7803 (cell)
Samantha.Sherman@ilag.gov

**DECLARATION**

I, Samantha Sherman, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts stated in this declaration. If called upon, I could testify competently to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent Defendant-Appellee Bernadette Matthews, in her official capacity as Executive Director of the Illinois State Board of Elections, in this appeal, docketed by this court as *United States v. Matthews*, No. 26-2695.

3. All appellees' briefs are due in this court on November 30, 2026, on one extension of time. 7th Cir. Doc. 30. On October 20, 2026, Defendant-Appellee Matthews filed a motion for an extension of time, 7th Cir. Doc. 29, which this court granted the same day, 7th Cir. Doc. 30. This is Defendant-Appellee Matthews's second request for an extension of time to file appellees' briefs.

4. This motion is being filed at least seven days before the appellees' briefs' due date, as required by 7th Cir. R. 26.

5. I will be unable to draft the response brief in this matter, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the draft, and file the brief with this court by November 30, 2026, for the following reasons:

6. First, on November 9, 2026, I filed the response brief of Defendants-Appellees Christopher McLaughlin, Sherry Schultz, Scott Stewart, Alexander Stuart, Lisa Williams, Stephanie Dorethy, John Frost, Jamar Range, Denise Fryrear, Nicole Haase, Brigitte Trembly, Jason Kersh, and Melanie Taylor in *Patterson v. Dorethy*, No. 26-1733, which was due in this court on three extensions of time. This matter concerns the plaintiff's allegations that Defendants-Appellees violated his First, Eighth, and Fourteenth Amendment rights while he was in the custody of the Illinois Department of Corrections. I prioritized this matter in my work schedule because of the number of extensions already granted.

7. Second, on November 13, 2026, I filed a motion to dismiss on behalf of Defendants-Appellees Illinois Department of Corrections, Rob Jeffreys, Melissa Johnson, and Kellie Dennis in *Staake v. Johnson*, 4-26-0631, in the Illinois Appellate Court, Fourth Judicial District. This matter concerns the plaintiff's allegations that Defendants-Appellees violated the Equal Protection Clause of the Illinois Constitution while he was in the custody of the Illinois Department of Corrections. I prioritized this matter in my work schedule because it is a threshold motion which, if granted, would make briefing unnecessary.

8. Third, I will be out of the office and unable to work on this matter from November 16 to 27, 2026, due to pre-planned international travel.

9. I have communicated with counsel for all other appellees, who have authorized me to state that they join in this request to extend the deadline for the appellees' briefs.

10. On November 12, 2026, I gave notice to Kelsey E. McGee, lead counsel for Plaintiff-Appellant United States of America, by providing a copy of this motion before it was filed with this court. The United States does not oppose this motion.

11. I do not request this 30-day extension of time from November 30, 2026, to December 30, 2026, to file appellees' briefs in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on November 13, 2026.

By: /s/ Samantha Sherman
SAMANTHA SHERMAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1273 (office)
(773) 590-7803 (cell)
Samantha.Sherman@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on November 13, 2026, I electronically filed the foregoing Defendant-Appellee's Motion for Extension of Time to File Appellees' Briefs with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

David N. Goldman
Kelsey E. McGee
Andrew G. Braniff
U.S. Department of Justice, Civil Rights Division

James Thomas Tucker,
U.S. Department of Justice, Criminal Division

Ethan Herenstein
Theresa J. Lee
William Miles Hughes
Sophia Lin Lakin
Patricia Jian Yan
Rebecca Kim Glenberg
Kevin M. Fee
American Civil Liberties Union Foundation

David R. Fox
Kevin Ronald Kowalewski
Branden D. Lewiston
Desiree Pelletier
Elias Law Group LLP

By: /s/ Samantha Sherman

SAMANTHA SHERMAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1273 (office)
(773) 590-7803 (cell)
Samantha.Sherman@ilag.gov