# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 13, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2695 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois,<br>Defendant - Appellee<br><br>and<br><br>COMMON CAUSE, BRIAN BEALS, ILLINOIS ALLIANCE FOR RETIRED AMERICANS, et al.,<br>Intervening Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:25-cv-03398-CRL-DJQ<br>Central District of Illinois<br>District Judge Colleen R. Lawless |

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS**, filed on November 13, 2026, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The briefs of the appellees are due by December 30, 2026.

2. The reply brief of the appellant, if any, is due by January 20, 2027.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e)

form name: **c7_Order_BTC** (form ID: **178**)